UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, | No. 2:15-01100-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| TEK-MICRO LLC, | |
| Defendant. | |

On December 2, 2015, the parties in this case filed a joint notice of settlement. ECF No. 20. In the notice, Luis Mena Pineda signed on behalf of himself, Tek-Micro LLC, and Tek-Micro.com. *Id.* Luis Mena Pineda is proceeding *in pro per* and is not licensed to practice within this district.

A corporate party or unincorporated association may not proceed without representation by counsel, and the court can dismiss an action if a corporate representative is not a licensed attorney. *McGowan v. Boek*, 402 F. App'x 287, 288 (9th Cir. 2010). Accordingly, the parties are hereby ORDERED, within seven (7) days of this order, to show cause why Tek-Micro LLC and Tek-Micro.com should not be dismissed.

Additionally, in the notice of settlement, Microsoft and Mr. Pineda indicated they would file a dismissal with prejudice by January 6, 2016. On December 31, 2015, Microsoft

1

indicated the parties continued to work on finalizing settlement.  The January 6th date has now passed without the dispositional documents having been filed.  Plaintiff is ORDERED, within fourteen (14) days of this order, to show cause why the action should not be dismissed for failure to prosecute.

        IT IS SO ORDERED.

DATED: January 19, 2016.

_____
UNITED STATES DISTRICT JUDGE